

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00217-CR

Mario **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 299th District Court, Travis County, Texas
Trial Court No. D-1-DC-09-207349
Honorable Karen Sage, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 20, 2016.

_____
Sandee Bryan Marion, Chief Justice